```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

**RONNIE JAMES,**                       :

    **Petitioner,**                   :

**v.**                                  :

                                            CIVIL ACTION 06-0290-KD-M

**KENNETH JONES,**                      :

    **Respondent.**                   :

## ORDER

After due and proper consideration of all pleadings in this file, including petitioner's objections to the report and recommendation filed on May 16, 2007, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this petition be **DENIED** and that this action be **DISMISSED**.

DONE this 17th day of May, 2007.

                                                **s/ Kristi K. DuBose**
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**